No. 930.    JOHN V. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 931.    E. W. DOBSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 932. ESTATE OF COLLINS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 933. HARWICK *v.* COMMISSIONER OF INTERNAL REVENUE. June 14, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Leland W. Scott* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* and *Miss Louise Foster* for respondent.